UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
:
: CRIMINAL NO. 11-581 (CCC)
v. :
: CONSENT ORDER
:
DESHAWN BOYD :

This matter having been opened to the Court upon application of defendant, Deshawn Boyd, by his attorney, Lorraine Gauli-Rufo, Esq., Assistant Federal Public Defender, for a three-week stay in defendant's surrender date and Assistant United States Attorney, Andrew Pak, and Pretrial Services Officer, Erika DiPalma, having no objection thereto,

IT IS on this 15th day of October, 2012

ORDERED that the surrender date previously scheduled for October 15, 2012 is extended for three weeks or to the date Mr. Boyd is notified of his designation to a federal prison by the United States Probation Department, whichever date is earlier.

_____
Honorable Claire C. Cecchi
United States District Judge